570 A.2d 959

ALBERT GRAUL v. ELIZABETH GRAUL.

October 17, 1989.

Petition for certification denied.

570 A.2d 959

LOCAL 827, INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS v. EDNA TRAD, JOHN T. DIXON, ET AL.

October 17, 1989.

Petition for certification denied.  (See 223 *N.J.Super.* 561, 539
*A.*2d 316)

570 A.2d 959

DENNIS BURNHAM v. FRANCINE BURNHAM.

October 17, 1989.

Petition for certification denied.

570 A.2d 959

TOWNSHIP OF BERNARDS, ETC. v. STATE OF NEW
JERSEY, DEPARTMENT OF COMMUNITY
AFFAIRS, ET AL.

IN THE MATTER OF THE RULES PROMULGATED BY THE
NEW JERSEY COUNCIL OF AFFORDABLE
HOUSING N.J.A.C. 5:92–1.

October 17, 1989.

Petition for certification denied.  (See 233 *N.J.Super.* 1, 558
*A.*2d 1)